IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PETROLIA MOSS                                                                                                    PLAINTIFF

v.                                             Case No. 4:14-cv-04157

TEXARKANA ARKANSAS SCHOOL
DISTRICT; and THERESA COWLING,
BECKY KESLER, and ROBIN HICKERSON,
in their official and individual capacities                                                                DEFENDANTS

**ORDER**

Before the Court is Plaintiff's Motion for Reconsideration (ECF No. 41) and Motion to Reset Trial Date (ECF No. 42). This case was set for trial to commence the week of August 15, 2016. (ECF No. 27). Defendants filed a Motion for Summary Judgment (ECF No. 34). Plaintiff filed a Motion for Extension of Time to Respond, requesting an additional month to prepare a response. (ECF No. 39). The Court granted in part the Motion, granting Plaintiff an additional two weeks to file a response. (ECF No. 40). Plaintiff now requests that the Court extend the time to respond to Defendants' Summary Judgment Motion to July 17, 2016 and requests that the Court reset the trial date. Defendant does not oppose Plaintiff's requests.

The Court finds good cause has been shown for an extension and for the continuance. Accordingly, Plaintiff's Motion for Reconsideration (ECF No. 41) and Plaintiff's Motion to Reset Trial Date (ECF No. 42) are **GRANTED**. Plaintiff should file her response to Defendants' Motion for Summary Judgment on or before July 17, 2016. The trial of this matter, currently set for August 15, 2016 is continued and will commence the week of November 14, 2016 at the Federal Courthouse in Texarkana, Arkansas.

**IT IS SO ORDERED**, this 29th day of June, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge