IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PETROLIA MOSS                                                                                   PLAINTIFF

v.                                              Case No. 4:14-cv-4157

TEXARKANA ARKANSAS SCHOOL
DISTRICT; and THERESA COWLING,
BECKY KESLER, and ROBIN HICKERSON,
in their official and individual capacities                                              DEFENDANTS

## JUDGMENT

Before the Court is Defendants' Motion for Summary Judgment. (ECF No. 34). Plaintiff Petrolia Moss filed a response. (ECF No. 47). Defendants filed a reply. (ECF No. 56). The Court finds the matter ripe for consideration.

For the reasons set forth in the Memorandum Opinion of even date, the Court finds that Defendants' Motion for Summary Judgment (ECF No. 34) should be and hereby is **GRANTED**. Plaintiff's case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of March, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge